CHRISTOPHER B. KEOGH et al., Appellants, *v.* FERDINAND R. MINRATH, Impleaded, etc., Respondent.

(Argued December 9, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 14, 1890, which overruled plaintiffs' exceptions and directed judgment in favor of defendant entered upon an order dismissing the complaint on trial.

*E. J. Myers* for appellants.

*F. R. Minrath* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____